# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KRISTEN MISCHEL,          )      3:05-CV-0674-BES (VPC)
                           )

        Plaintiff,      )      **MINUTES OF THE COURT**
                           )

    vs.               )      July 28, 2008
                           )

CAITHNESS OPERATING    )
COMPANY, LLC, et al.,     )
                           )

        Defendants.   )
_____)

PRESENT:    <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>    LISA MANN         </u>   REPORTER: <u>NONE APPEARING  </u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING              </u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING            </u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is plaintiff's motion for a stay of execution on writ (#87).  Defendant Caithness Operating Company, LLC opposed the motion (#88), and no reply was filed.

      Plaintiff's motion for a stay of execution on writ (#87) is untimely and plaintiff failed to post a supersedeas bond or other security.  Therefore, plaintiff's motion for stay of execution on writ (#87) is **DENIED.**

      **IT IS SO ORDERED.**

                           LANCE S. WILSON, CLERK

                By:<u>            /s/                   </u>
                   Deputy Clerk